# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 26, 2021

161746

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

GEOFFREY LAVAR LAWSON,
      Defendant-Appellant.

SC: 161746
COA: 352449
Genesee CC: 08-024090-FC

_____/

On order of the Court, the application for leave to appeal the May 6, 2020 order of the Court of Appeals is considered. We DIRECT the Genesee County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order. In particular, the prosecuting attorney shall address: (1) whether the presumption of prejudice to a defendant from a substantive communication with a jury outside the presence of defense counsel applies when such a claim is brought in a motion for relief from judgment, compare *People v France*, 436 Mich 138, 143 (1990), with MCR 6.508(D)(3)(b); and (2) if such a presumption applies here, whether trial counsel's statement that he had no objection to the court providing the written jury instruction effectively rebuts that presumption or whether an evidentiary hearing must be held.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 26, 2021



b0519

Clerk